FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 16 2018 ★

BROOKLYN OFFICE

EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

ROBERt  Moco

Plaintiff,

**AMENDED
COMPLAINT**

17 CV 05245  (PKC)(LB)

-against-

City OF New York
Police Officers John Doe Made False Arrest
Witness. John Doe Made False Accusations

Defendants.

-------------------------------------------------------X

Frist I want to represent my self I am emmegrand From Albarnia I have por English Both writing and speakin.

Snce October 2014 i have Been fight (2) open coses one Queens and one N.Y. N.Y. Chile Being Commited to OMH CNYPC for Competency No Low Library No access to Legal peper work.

Criminal Court in Queens I've requested Many times for Foil Friedom Information for access to my Low suit. I Coll them my Family weant to the window G-64 and agen they Refused to relese the Information for my cases Dismissed file. te them. I colled Manager and Judge chief and file complant with Inspector cenaral for rufusal relese of Information on my Cases.

Assoon os Disposition wos received I filled Claim for Low suit But I am still waiting to receve the case file.

Lowyer refused to give peper work requested Both my Family and my self colled ant wrate many time with no response I filled Grievence on Attorney for being Inactive ad refusal of proper Counsel Grievence No: Q-442-12 335 Adamss suit 2400 Brooklyn New York, 11201

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_Robert   Moco_

Plaintiff,

[Insert full name of plaintiff/prisoner]

AMENDED

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

_17-CV-05245_   _PKC_   _LB_

JURY DEMAND

YES _✓_      NO _____

-against-

_City of New York_
_Police officers (John Doe) who made_
_False Arrest_
_Witness, (John Doe) who made_
_False Accusations._

Defendant(s).

[Insert full name(s) of defendant(s).  If you need additional
space, please write "see attached" and insert a separate
page with the full names of the additional defendants.  The
names listed above must be identical to those listed in Part I]

I.      **Parties:**  (In item A below, place your name in the first blank and provide your present
address and telephone number.  Do the same for additional plaintiffs, if any.)

A.   **Name of plaintiff** _Robert   Moco_

If you are incarcerated, provide the name of the facility and address:

_CNYPC  P.O. Box 300 Marcy, NY 13403_

Prisoner ID Number: _15R2643_

1

If you are not incarcerated, provide your current address:

_N/A_ _____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1        _John Doe_ _____
Full Name

_Police officers Pct-115-ID: 935530_ _____
Job Title

_92-15 Northen Boulevard 11372_ _____

_____
Address

Defendant No. 2        _John Doe_ _____
Full Name

_Police_ ~~officers~~ _officers PCt-115-iD: 917254_ _____
Job Title

_92-15 Northen Boulevard 11372_ _____

_____
Address

Defendant No. 3        _John Doe (witness)_ _____
Full Name

_____
Job Title

_____

_____

Address

Defendant No. 4

_____

Full Name

_____

Job Title

_____

_____

Address

Defendant No. 5

_____

Full Name

_____

Job Title

_____

_____

Address

## II.     Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as
well as the location where the events occurred.  Include the names of each defendant and state
how each person named was involved in the event you are claiming violated your rights.  You
need not give any legal arguments or cite to cases or statutes.  If you intend to allege a number
of related claims, number and set forth each claim in a separate paragraph.  You may use
additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? _92-15 Northern_
_Boulevard  11372_ _____

_____

When did the events happen? (include approximate time and date) _October 08, 2013_
_02:30 PM (14:30:00) and: November 20, 2013 - 12:35 PM_
_(12:35:00)_

3

Facts: (what happened?) On October, 08, 2013 I was Colled and asked to come Down to the Police Station Pct 115 to Aske me some Questions, Once I Arrived I was Placed under Arrest Because civiLian (John Doe) had file A Complaint Against me. the Arrested me without Any Investigation into the Complaint the falsly Arrested me. I went Befor the Judge. ON November, 20, 2013 was Colled Again to come down to the Police Station Pct 115 to Ask me some Questions and once Again I was Placed under Arrest for VioLateing An Order of protection,

ON september, 16, 2014 Both cases went Befor the Judge and were Dismissed the October 08, 2013 Arrest I had to Stay Datained for Appraximately (72) Hours and I had to pay $500 handread dollars Bail and the November 18 Arrest I paid to pax 15 Handread dollers to Bail out. the

**II.A.   Injuries.**   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required.  Was medical treatment received?

INJURIES, PAin and suffering, Emotional Trouma Distress and Medical Expenses, sLand my Name

4

Facts: (what happened?)

Frist I want to represent my self I am Emmigrand From ALBANIA I have por English both writing and speakin since october 2014 have Ben Fight (2) open cases one Queens and one N.Y. N.Y. while being Commited to OMH. CN 4Pc for Competsney. No Low Library, No access Legal peper work Criminal Court in Queens I've requested Many times for Foil Freedom Information for access to my Low suit. I coll them my Family went to the window G-64 and agen the Refused to relese the Information for my Cases te them.

I colled manager and Judge Cief and file Complant with Inspector ceneral for rufusal relese of Information on my Cases is Dismissed.

As soon as Disposition was receved i filled Claim for Low suit. But am still waiting to receive the Cases file.

Lowyer refused to give peper work requested Both my Family and my self Colled and wrote many time withe no response I filled Grievence on Attorney for being inactive ad refusal of preper Consel  Grievence No: Q-942-12 Address 335 adams st suit 2400 Brooklyn New York 11201

_____

_____

_____

**III.    Relief:** State what relief you are seeking if you prevail on your complaint.

$ 250.000 - two Handred fifty thousand dollars

_____

_____

_____

_____

_____

_____

I declare under penalty of perjury that on  3 - 8 - 2018 , I delivered this
                                                    (date)
complaint to prison authorities at  C N Y P C to be mailed to the United
                                          (name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3 - 8 - 2018

Signature of Plaintiff

CN Y PC
Name of Prison Facility or Address if not incarcerated

PO Box 300
Marcy, NY 13403

Address

15R2643
Prisoner ID#

FROM: ROBERT McCO C#597338
C N Y PC   PO BOX 300
Marcy NY 13403

United States District Court
Eastern District of New York
U.S. Court HOUSE
225 Codman PLAZA East
Brooklyn New York      11201

LeGaL Mail