UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

ROBERT MOCO,

                        Plaintiff,

         -against-

CITY OF NEW YORK, ET AL.,

                       Defendants.
---------------------------------------------------------------------x

**ORDER**

17-CV-5608 (PKC)(LB)
17-CV-5245 (PKC)(LB)
17-CV-5261 (PKC)(LB)
17-CV-5611 (PKC)(LB)

**IT IS HEREBY ORDERED:** that the Superintendent or other Official in charge of the Correctional Facility at which Robert Moco, DIN Number 15-R-2643, is incarcerated to produce inmate Robert Moco, DIN Number 15-R-2643, at a suitable location for an oral argument via telephone call with Senior Counsel Hannah Faddis and Joseph Gutmann, Defense Counsel in these matters, on February 6, 2019 at 2:00PM.

SO ORDERED.

/s/ Pamela K. Chen
Pamela K. Chen
United States District Judge

Dated: November 30, 2018
         Brooklyn, New York